FILED

CLERK, U.S. DISTRICT COURT

2/10/2025

CENTRAL DISTRICT OF CALIFORNIA

BY_____GSA_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**Jonathon Ramos v. City of San Diego, et al.**
**2/10/2025**

**Case Presentation:**
Jonathon Ramos v. City of San Diego, et al.

**Court: Los Angeles, Central Court**

United States District Court for the Southern District of California, State of California Supreme Court, United States Supreme Court, FISC Court, San Diego Superior Court has been notified

**Case Number:** 8:25-cv-00254-SPG -SSC

**Plaintiff:** Jonathon Ramos, pro se
**Defendants:**

Elizabeth Singleton, Glenn Cole, Tanya Degrate, Et al associates, City of San Diego, San Diego Police Department (SDPD), Drug Enforcement Administration (DEA), Department of Homeland Security (DHS), Federal Bureau Of Investigation (FBI)

**Cause of Action:**

I.      **Federal Claims:**

- 42 U.S.C. § 1983 - Deprivation of Rights Under Color of Law (First, Fourth, and Fourteenth
- Amendment violations)

- 18 U.S.C. § 241 - Conspiracy to Violate Civil Rights

- 18 U.S.C. § 1503 - Influencing, Intimidating, or Impeding an Officer of the Court

- 18 U.S.C. § 1512 - Tampering with a Witness, Victim, or an Informant Other potentially applicable federal statutes, e.g., related to human trafficking, obstruction of justice

II.      **State Law Claims:**

- Intentional Infliction of Emotional Distress
- Negligence
- Invasion of Privacy
- Assault and Battery
- False Imprisonment conspiracy
- Conspiracy to Commit Murder

**Personal Injury:**
Defendants' actions, including the use of an LRAD device and other forms of harassment, have caused Plaintiff physical injuries, including tinnitus and [list any other physical injuries]. These injuries have resulted in [describe the impact of the injuries, e.g., pain, suffering, medical
expenses, lost wages, diminished quality of life].[Other potentially applicable state statutes, e.g., related to discrimination, harassment]

**Factual Allegations:**
Plaintiff alleges a sustained and targeted harassment campaign beginning in 2021, following an Internal Affairs investigation (IA 202-0228 and IA 2021-0228) involving Plaintiff and the SDPD.

**Plaintiff claims the harassment involves:**

- Use of a Long-Range Acoustic Device (LRAD) to broadcast slanderous messages at various locations, including Scripps Mercy Hospital, Euclid Terrace Apartments, the Edward J. Schwartz Federal Facility, and public spaces.

- Plaintiff alleges the LRAD has caused him tinnitus.

- Direct evidence, including video surveillance footage and witness testimony, corroborating the LRAD incidents and the involvement of security guards repeating defamatory messages.

- Involvement of named individuals (Elizabeth L Singleton, Glenn O Cole, Tanya L Degrate, and others) and alleged involvement of government agencies (DEA, DHS, and SDPD).

- Use of an IMSI catcher, impersonation tactics, paid actors, and constant surveillance.

- Unlawful detentions and harassment by individuals posing as officials.

- A $100,000 payment to individuals involved in the harassment campaign.

- Specific incidents of harassment at various locations.

- Allegations of a conspiracy to commit murder.Ongoing harassment causing severe emotional distress and other physical injuries, including list of other physical injuries and their effects.

- Allegations of deepfakes, malice, fraud, oppression, human rights violations, and other illegal activities.

**Evidence:**
**Plaintiff intends to present evidence including:**

- Video surveillance footage

- Body camera footage

- Street camera footage

- Text and audio recordings of confessions

- Medical records documenting Plaintiff's tinnitus and other physical injuries, diagnoses,
- treatment, and prognosis.

- Internal Affairs investigation reports
- Witness testimony Documentary evidence (LRAD, IMSI catchers, vehicle impoundments)

- Communications and correspondence emails

**Damages:**
**Plaintiff seeks:**
Compensatory damages (pain and suffering, emotional distress,medical expenses related to physical injuries,lost wages, damage to reputation, personal injury)

Punitive damages Injunctive relief

**Prayer for Relief:**

Plaintiff requests judgment against Defendants, jointly and severally, for all damages proven at trial; injunctive relief; attorneys' fees and costs; and other just and equitable relief.

**Dated: February 28, 2025**

**Attachments:**
 **Statement of Facts (detailed narrative of factual allegations) Audio files**
**Contact Information:**
Jonathon Ramos
3686 Wightman St
San Diego, CA 92104
310-779-1342
J2238826@gmail.com

**Correspondence Emails With Officials Presenting Evidence that was neglected 2021-2025:**

**ATTACHMENT: Statement of Facts**

**(Including detailed narrative of factual allegations as described in prompt, including the timeline, specific incidents, names of individuals involved, and any other relevant details. ontologically.)**

**Emails Sent to the US Supreme Court Justices:**

- John_Roberts@supremecourt.gov
- Clarence_Thomas@supremecourt.gov
- Samuel_Alito@supremecourt.gov
- Sonia_Sotomayor@supremecourt.gov
- Elena_Kagan@supremecourt.gov
- Neil_Gorsuch@supremecourt.gov
- Brett_Kavanaugh@supremecourt.gov
- Amy_Barrett@supremecourt.gov
- Ketanji_Jackson@supremecourt.gov

**Emails Sent to United States FISC Court:**

- Joan_Ericksen@uscourts.gov
- Karin_Immergut@uscourts.gov
- Carl_Nichols@uscourts.gov
- Timothy_DeGiusti@uscourts.gov
- Sara_Lioi@uscourts.gov

**Emails Sent to California State Supreme Court Justices:**

- Patricia.Guerrero@jud.ca.gov
- Carol.Corrigan@jud.ca.gov
- Goodwin.Liu@jud.ca.gov
- Leondra.Kruger@jud.ca.gov
- Joshua.Groban@jud.ca.gov
- Martin.Jenkins@jud.ca.gov
- Kelli.Evans@jud.ca.gov

**Emails Sent to San Diego Federal Edward J Schwartz Court Justices:**

- Dana_Sabraw@casd.uscourts.gov
- Janis_Sammartino@casd.uscourts.gov
- Ruth_Montenegro@casd.uscourts.gov
- James_Simmons@casd.uscourts.gov
- Jinsook_Ohta@casd.uscourts.gov
- Andrew_schopler@casd.uscourts.gov

- Cynthia_Bashant@casd.uscourts.gov
- Robert_Huie@casd.scouts.gov
- Cathy_Bencivengo@casd.uscourts.gov
- Linda_Lopez@casd.uscourts.gov
- Benjamin_Cheeks@casd.uscourts.gov
- Todd_Robinson@casd.uscourts.gov

**Emails Sent To San Diego Superior Court Judges:**

- Patricia_Guerrero@uscourts.gov
- Maureen_Hallahan@uscourts.gov
- Kimberlee_Lagotta@uscourts.gov
- Daniel_Lamborn@uscourts.gov
- Melinda_Lasater@uscourts.gov
- Kathleen_Lewis@uscourts.gov
- Daniel_Link@uscourts.gov
- Roderick_Shelton@uscourts.gov
- Theodore_Weathers@uscourts.gov
- Frank_Birchak@uscourts.gov
- Laura_Birkmeyer@uscourts.gov

**Accountable Agencies San Diego emails:**

- Srmoy@fbi.gov
- Amanda.thandi@dhs.gov
- Jason.reynolds@usss.dhs.gov
- Tarah.mcgrath@usdoj.gov
- Swhal@pd.sandiego.gov
- Shelly.howe@dea.gov
- Kelly.martinez@sdsheriff.gov
- Summer.Stephan@sdca.org
- Cityattorney@sandiego.gov

**Dropbox will also be emailed to you:**

**Dropbox**

**Evidence:**

https://www.dropbox.com/scl/fo/66l7slhlj86yq8bnz5ywl/AK4Mxd14eO6vCkskYFCHVgU?rlkey=288fw8ezqnbw6toaf9lzyzlau&st=k7pvywvw&dl=0

**About Jonathon Ramos:**

https://www.dropbox.com/scl/fo/4ad5edmp6903ttcxugu7j/AJuB6SvS97MoH2xb-GMaF6c?rlkey=w4xzkdq0zo4vn6koycdrxbyvv&st=sq8g0o0f&dl=0

**Defendants involved:**

Elizabeth Singleton
 Glenn Cole
Gena Rochelle Singleton
Joseph Darnell Singleton
Janae Lucille Singleton
Joseph D Singleton JR
Johnny Singleton
Leonard Rock Muhammad
Theresa Pearce
Ludy B Singleton
Ludy B Singleton
Lucille Singleton
Jane Singleton
Janae R Singleton
Andre Tamir George
Elizabeth A Singleton
Brandon Singleton
Kimberly A Cason
Shavonne Danail Singleton
Beverly Cebrun
Beverly A Hamilton
Gena R Singleton
Random Singleton
Betty Ann Singleton
Leonard George
Andrew P Singleton
Aswad Jamar Singelton
Florence R Singleton
Kiosha Renea Singleton
William M Singleton
Mattie L Griffin
Barbara Annjeanetta Singleton
Ebone M Singleton
Gena Martin Singleton
Marcus SingletonRandom Cingleton
Tommy E Singleton
Gary A Hamilton
Tiran D Miller
Grace Renae Ward
Lester Henderson
Stacey Jean Daggett
Tasha M Henderson
Candace P Mccurdy
Jalani D Daggett
Leo Turman
Tanya D Herd
Darius Johnson
Demetri Hancock
Louis Ritchie
Elizabeth Singleton
Diamond J. Singleton
Tommy Singleton Jr
Bobby Myers
Daryl Payne
Glenn Cole
Tommy Singleton
Devinair Wiley
Joey Singleton
Jeffrey Servier
Terence Butler
Jerome Moore

Sheila Landry
Arther Farmer
Keona Smith
Cory Evens
Tanya L Degrate
Wally Hancock
Ricky Williams
Chris Smith
Mazi Johnson
Robert Hilton JrTonya Wilson
Tatiana Simone
Edward Pettis III
Joshua Tucker
Dwight Bowman Il
Thaddeus McCombs
Ricky McCoy
Jeffery Liggons
Debra Hill
Danny NeaborsVonda Steen
Ladon Evans Hanzy
Vanessa Kirkendall
Paul Cruz Sr.
Annette Neeley
Terry Lucas
Clavon Kirkendall
Gary Peavy
Erika Lizette Flores
Aja Harmon
Larry Singleton
Wilma Cole Durbin
Gilbert Pearson
Anthony Langston
Rhonda Smith
Sebrina Durbin
Timothy Tee Dub Walker
Tommie Walker
Calvin Brown
Stacy Bulter
Rashonda Jenkins
Oscar Hagler
Brenda Clay